with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EVELYN OLDSTONE v. ACE HIGH HAT CO., INC.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MOSES SAMUEL SONNEBORN v. MASSACHUSETTS BONDING AND INSURANCE COMPANY.— Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EDWIN H. UPDIKE and Others v. OAKLAND MOTOR CAR COMPANY.— Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FELIX TAUSEND v. M. & S. CIRCUIT, INC., Impleaded, etc.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HENRY B. JAGOE and Another v. HERMAN L. STRONGSON.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

AMERICAN FRUIT GROWERS, INC., v. JOSEPH LIEBLICH.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BEATRICE BYTHINER v. ARTHUR DALY, Impleaded, etc. HARRY H. BYTHINER v. ARTHUR DALY, Impleaded, etc.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

COURT SQUARE BUILDING, INC., v. ARTHUR D. KINNEY and Another.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MOSES BERNSTEIN v. ISAAC J. LEVY.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ZUCKERMAN & HOFFMAN, INC., v. THE GLOBE AND RUTGERS FIRE INSURANCE COMPANY OF THE CITY OF NEW YORK.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MORRIS LOEFFLER v. ROCQUET REALTY CORPORATION.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ERIE RAILROAD COMPANY v. MURPHY FRUIT COMPANY OF NEW YORK, INC.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EDWIN H. UPDIKE and Others v. OAKLAND MOTOR CAR COMPANY.— Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE TRAVELERS INSURANCE COMPANY v. EDWARD A. THOMPSON, INC., and Others. (Action " A.") — Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE TRAVELERS INSURANCE COMPANY v. EDWARD A. THOMPSON, INC., and Others. (Action " B.") — Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE TRAVELERS INDEMNITY COMPANY v. EDWARD A. THOMPSON, INC., and Others. (Action " C.") — Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.